UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONAL LABOR RELATIONS BOARD,

      Applicant,

v.

SEVEN ONE SEVEN PARKING SERVICES OF MICHIGAN, INC. d/b/a HOSPITAL PARKING MANAGEMENT,

      Respondent.

Case No. 16-mc-51122

Hon. George Caram Steeh

## ORDER

Upon consideration of the Application For Order Enforcing Subpoena Duces Tecum pursuant to Section 11 of the National Labor Relations Act, 29 U.S.C. § 161, I find that:

(1) The National Labor Relations Board's (Board) issuance of subpoena duces tecum #B-1-SJX7AJ to Respondent to procure evidence for the purpose of an investigation in Case 7-CA-171491, is within the lawful jurisdiction of the government authority seeking documents and signed sworn affidavit testimony covered by the subpoena duces tecum;

(2) There is reason to believe that the documents and testimony being sought is relevant to a legitimate law enforcement inquiry; and

(3) There is reason to believe that Respondent's refusal to produce the documents and provide the signed sworn affidavit testimony being sought will impede the unfair labor practice investigation in Case 7-CA-171491 before the Board and is preventing the Board from carrying out its duties and functions under the Act.

Wherefore, it is ORDERED that Respondent shall comply with Board subpoena #B-1-SJX7AJ and that its custodian of records appear before a Board agent in Case 7-CA-171491, at a time and place as the Regional Director may designate to produce documents and give signed sworn affidavit testimony pursuant to the subpoena duces tecum and to answer any and all questions relevant to the matters in question before the Board.

IT IS SO ORDERED

s/George Caram Steeh
HON. GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated at Detroit, Michigan
This 8th day of August, 2016.